William D. Hyslop
United States Attorney
Eastern District of Washington
Patick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:20-MJ-00309-JTR |
| v. | Motion for Detention |
| KAILEE A. PERSON, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117);

☐ Maximum penalty of life imprisonment or death;

☐ Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1
Document1

☐ Felony, with two prior convictions in above categories;

☐ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒ Serious risk Defendant will flee; or

☐ Serious risk obstruction of justice.

2. <u>Reason for Detention</u>. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☐ Defendant's appearance as required; or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

☐ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

Motion for Detention- 2
Document1

☐ An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

5. Other Matters.

Dated: August 7, 2020.

                                          William D. Hyslop
                                          United States Attorney

                                          <u>s/ Patrick J Cashman</u>
                                          Patrick J Cashman
                                          Assistant United States Attorney