# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2020

SEAN F. McAVOY, CLERK

**CASE NAME:** US v. Kailee A Person

**CASE NO.** 2:20-MJ-00309-JTR

**TOTAL # OF COUNTS:** 2      **FELONY** ___   **MISDEMEANOR** x   **PETTY OFFENSE** ___

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 113(a)(4) | Assault by Striking or Beating | CAG for not more than one (1) year; A fine not to exceed $100,000; Not more than one year supervised release or not more than five years probation; A $25 special penalty assessment; and Restitution |
| 2 | 18 U.S.C. §§ 7 and 13 and Wash. Rev. Code § 9A.48.090 | Malicious Mischief 3rd Degree | CAG for not more than one (1) year; A fine not to exceed $100,000; Not more than one year supervised release or not more than five years probation; A $25 special penalty assessment; and Restitution |